# McCarron & Diess

Louis W. Diess, III[1,3]
Mary Jean Fassett[3]
Kate Ellis[3]
Blake A. Surbey[3]
Gregory A. Brown[2]

gbrown@mccarronlaw.com

4530 Wisconsin Avenue, N.W., Suite 301
Washington, DC 20016
(202) 364-0400   FAX (202) 364-2731

200 Broadhollow Rd., Suite 207
Melville, NY 11747
(631) 425-8110   FAX (202) 364-2731

*www.mccarronlaw.com*
*www.pacawebguide.com*

Representing the Produce Industry Since 1985

[1] Not admitted in DC; practice limited to cases in federal courts
[2] Not admitted in DC
[3] Not admitted in NY

Reply to Melville, NY

November 8, 2024

**VIA ECF AND EMAIL**
(HellersteinNYSDChambers@nysd.uscourts.gov)

Hon. Alvin K. Hellerstein
United States District Court
500 Pearl Street
New York, New York 10007

> Hearing adjourned to November 21, 2024 at 10:00 a.m.
> SO ORDERED.
> 11/8/24
> /s/ Alvin K. Hellerstein

   Re: **Primo No. 1 In Produce, Inc. v. J.D.B. Market Corp.;
     Case No. 24-cv-7383 (AKH); Status Report and Request for Adjournment**

Dear Judge Hellerstein:

  We are the attorneys for plaintiffs in the above-referenced matter which is scheduled to come before your Honor for a continued hearing on plaintiffs' motions for injunctive relief on November 12, 2024 (the "Hearing").

  The parties are pleased to inform the Court that they have reached a settlement in principle, subject to being reduced to a written agreement. Therefore, the parties jointly request that the Hearing be adjourned one week, or the court's earliest following availability. We anticipate submitting a proposed Stipulation and Order resolving this action before any appearance is necessary. Should the hearing proceed, the parties will be represented by the same counsel present in the courtroom on November 6, Gregory Brown for plaintiffs and Richard Kaplin for defendants.

  Thank you for your attention to this matter.

                Sincerely,
                McCarron & Diess

              By: _____
                Gregory Brown

cc.: Richard A. Kaplin (via ECF)